UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 16-03589
Kevin K Goshorn, Jr )
)  Chapter: 13
)
)  Honorable LaShonda Hunt
)
)
Debtor(s) )

## ORDER MODIFYING STAY

At Chicago, Illinois, this 19th day of February, 2021, before the Honorable LaShonda A. Hunt, Bankruptcy Judge, in the said District and Division.

This matter coming on for hearing upon the motion of Ally Financial, to modify the automatic stay of 11 U.S.C. §362 and §1301; due notice being served on the parties in interest; the Court having jurisdiction and being fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED that the automatic stay of 11 U.S.C. §362 and §1301 be, and hereby is, modified, as to Ally Financial, so as to allow it to take possession of one 2015 CHEVROLET IMPALA, VIN 2G1125S31F9244444, and enforce its rights against the security and non-filing co-debtor, Kevin K. Goshorn, in accordance with applicable non-bankruptcy law, state law and the agreement dated June 30, 2015.

FURTHER, the Court finds that Federal Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is non-applicable and thus Ally Financial may immediately enforce and implement this Order.

Enter:

*LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: February 19, 2021

**Prepared by:**

James M. Philbrick
Attorney No. 6244743
Law Offices of James M. Philbrick
P.O. Box 351
Mundelein, Illinois 60060
jamesphilbrick@comcast.net